**Bobby STEPHENSON, Appellant,**

**v.**

**Billie J. STEPHENSON, Appellee.**

**No. 2369.**

Municipal Court of Appeals for the District of Columbia.

Argued April 6, 1959.

Decided June 9, 1959.

John G. Saul, Washington, D. C., for appellant.

S. Churchill Elmore, Washington, D. C., entered an appearance for appellee, but filed no brief.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

Appellant husband filed a complaint for an absolute divorce on the ground of desertion. After a hearing the court held that the husband had failed to sustain the burden of proving desertion. We have carefully examined the record and find no error.

Affirmed.